IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MONIQUE SCOTT,

    Plaintiff,

      v.

    CIVIL ACTION FILE
    NO. 1:12-CV-3286-TWT

SHOE SHOW, INCORPORATED, et al.,

    Defendants.

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending that the Defendants' Motion to Dismiss [Doc. 3] be granted in part and denied in part. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 3] is GRANTED in part and DENIED in part.

SO ORDERED, this 15 day of April, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Scott\r&r.wpd